a genuine issue of material fact warranting a trial. As a Matter of persuasive law and ERISA-based authority, Defendant's Motion for Summary Judgment [Doc. No. 17] is hereby GRANTED. Concomitantly, Plaintiff's Motion for Summary Judgment [Doc. No. 20] is hereby DENIED. The Clerk is directed to close this case.

SO ORDERED,

_____
ELLEN BREE BURNS
SENIOR UNITED STATES DISTRICT JUDGE

Dated at New Haven, Connecticut this 19th day of November, 2003.

27