UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

KAREN S. ABLOW, Parent,
Next Friend, and Guardian of KIPP MILONE

v.  Civil No. 3:02CV300(EBB)

CANADA LIFE ASSURANCE COMPANY

**JUDGMENT**

This matter came on for consideration on plaintiff's and defendant's cross-motions for summary judgment before the Honorable Ellen Bree Burns, Senior United States District Judge.

The Court has reviewed all of the papers filed in conjunction with the motions and on November 19, 2003, the Court entered a Ruling on Cross-Motions for Summary Judgment granting the defendant's motion for summary judgment and denying plaintiff's motion for summary judgment.

It is therefore ORDERED and ADJUDGED that judgment is entered for the defendant and the case is closed.

Dated at New Haven, Connecticut, this 24th day of November, 2003.

KEVIN F. ROWE, CLERK
By
_____/s/_____
Melissa Ruocco
Deputy Clerk

EOD: _____